UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: SUSAN J. TURNER MISC. NO. 06-076

**SHOW CAUSE ORDER**

The above-named Respondent has failed to register in accordance with the requirements of L.R. Gen. 203, despite several attempts by the Bankruptcy Court Clerk's Office to remind her of her responsibility to so register. Now, more than 60 days having expired after the deadline for registration, Respondent is directed to show cause in writing within ten (10) days of the date of this Order why she should not be administratively suspended in accordance with L.R. Gen. 203(d)(4)(B).

By Order

Paulette J. Dube

Chief Deputy Clerk

Enter:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
July 28, 2006